135 A.3d 1017

VALLEY FORGE TOWERS APARTMENTS N, LP; Morgan Properties Abrams Run Owner LP; KBF Associates, LP; Gulph Mills Village Apartments LP; and the Lafayette at Valley Forge LP

v.

UPPER MERION AREA SCHOOL DISTRICT and Keystone Realty Advisors, LLC.

Petition of Valley Forge Towers Apartments N, LP; Morgan Properties Abrams Run Owner LP; KBF Associates, LP.

Supreme Court of Pennsylvania.

April 26, 2016.

*ORDER*

PER CURIAM.

AND NOW, this 26th day of April, 2016, the Petition for Allowance of Appeal is GRANTED. The issue, as stated by Petitioners, is:

[The School District] deliberately chose commercial properties, such as Petitioners', for selective assessment appeals, but did not appeal assessments of any single-family-home properties, although the latter are significantly underassessed. The Uniformity Clause of the Pennsylvania Constitution prohibits disuniformity in taxation. Is a school district's decision to appeal property assessment insulated from review because, *inter alia,* the school district has a statutory right to file appeals and can identify an economic reason for its appeals?